**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7285

HAROLD G. MOSS,

Petitioner - Appellant,

versus

GERALDINE MIRO, Warden of Allendale Correc-
tional Institution; WILLIAM D. CATOE, Direc-
tor, South Carolina Department of Corrections;
STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
South Carolina Attorney General,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-00-1806)

Submitted:  November 8, 2001        Decided:  November 16, 2001

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Harold G. Moss, Appellant Pro Se. Donald John Zelenka, Chief Deputy
Attorney General, S. Creighton Waters, OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold G. Moss seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001), and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's opinions accepting in part the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Moss v. Miro, No. CA-00-1806 (D.S.C. June 27, 2001; July 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2